IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR187 |
| vs. | |
| DALY NAYIBIS CHAVEZ-MALDONADO, | ORDER |
| Defendant. | |

The court has approved withdrawal of retained attorneys, Bassel F. El-Kasaby, and Lauren Schmoke in this case. After a review of the Financial Affidavit previously filed in this matter, I find that the above-named defendant is eligible for re-appointment of the Federal Public Defender pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED that Julie B. Hansen is re-appointed as attorney of record for the above-named defendant in this matter.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

Dated this 18th day of September, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge